No. 7,640.—THOMAS KANE, Respondent, *v.* ECLIPSE, INC., a Corporation, Appellant.

Decided December 14, 1936.

PER CURIAM.—The parties having stipulated for dismissal of the appeal herein on the ground that the controversy has been fully settled, it is ordered that the appeal herein be, and the same is hereby, dismissed.

*Mr. R. F. Gaines,* for Appellant.

*Mr. N. A. Rotering* and *Mr. H. J. Freebourn,* for Respondent.

No. 7,665.—STATE ex Rel. T. E. PEMBERTON, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided December 24, 1936.

PER CURIAM.—Upon due consideration of the above application it is ordered that the same be denied.

*Mr. Frederic Moulton* and *Messrs. Wood & Cooke,* for Relator.